## Delaware Valley Carpeting Contractors, Inc. *v.* Jade Mechanical Contractors, Inc. et al., Appellants.

Argued September 13, 1971. *Abraham J. Golden,* for appellants; *Samuel Glantz,* for appellee.

Order affirmed.

May 18, 1972

## Allstate Insurance Company, Appellant, *v.* Fioravanti.

Argued March 23, 1972. *Joseph G. Manta,* with him *James M. Marsh,* and *LaBrum and Doak,* for appellant; *Stanton Dubin,* with him *Ettinger, Poserina, Silverman, Dubin, Anapol & Sagot,* for appellee.

Order affirmed.